**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DELORES J. LASSO, Individually and as** | : | |
| **Administratrix of the ESTATE of** | : | |
| **FRANCISCO VELASQUEZ, Deceased** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO.  25-4371** |
| | : | |
| **WHEELABRATOR GROUP, INC., et al.** | : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this 24th day of February, 2026, upon consideration of Plaintiff's Motion to Remand (ECF No. 11) and Defendant Wheelabrator Group, Inc.'s Opposition thereto (ECF No. 15), and after oral argument held on **September 25, 2025**, it is hereby **ORDERED** as follows:

1.    The Motion to Remand is **GRANTED**.  The case is remanded to the Court of Common Pleas of Philadelphia County.

2.    Plaintiff's request for attorneys' fees and costs is **DENIED**.

3.    Defendant Wheelabrator Group, Inc.'s Motion to Dismiss (ECF No. 13) is **DENIED** as moot.

**BY THE COURT:**

*/s/ Catherine Henry*
**CATHERINE HENRY, J.**